PATRICK R. WATT
HEATHER M. STARNES
Jardine, Stephenson, Blewett & Weaver, P.C.
U.S. Bank Building, Suite 700
300 Central Avenue
P.O. Box 2269
Great Falls, MT 59403-2269
(406) 727-5000
pwatt@jardinelaw.com
hstarnes@jardinelaw.com

*Attorneys for PLAINTIFF*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, an Ohio corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>NORTHEAST MONTANA HEALTH SERVICES, INC.,<br><br>and<br><br>BARTON & ASSOCIATES, INC.,<br><br>and<br><br>TONY UNDERWOOD,<br><br>  Defendants. | Cause No.  4:24-CV-00009-BMM-JTJ<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff CINCINNATI INSURANCE COMPANY, through the undersigned counsel, respectfully dismisses its action herein.

DATED this 13th day of August, 2024.

    JARDINE, STEPHENSON, BLEWETT & WEAVER, P.C.

By   /s/ Patrick R. Watt
    Patrick R. Watt, Attorneys for Plaintiff
    THE CINCINNATI INSURANCE COMPANY